**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **PURNELL ELLIOTT WILLIAMS,** *Plaintiff,* | § § § § | |
| *v.* | § § | **1:25-CV-159-ADA-ML** |
| **GREYSTAR REAL ESTATE PARTNERS, LLC, BELKORP OAKS,** *Defendants.* | § § § § § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. Dkt. 35. Judge Lane recommends that this Court **GRANT** Defendants' Rule 12(b)(5) and 12(b)(6) Motion To Dismiss (Dkt. 5) and **DISMISS** Plaintiff's Complaint. *Id.* at 8. The report was filed on April 23, 2026. This Court hereby adopts Judge Lane's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on April 27, 2026. Dkt. 36. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 35), Plaintiff's objections (Dkt. 36), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (Dkt. 35) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Objections (Dkt. 36) are **OVERRULED.**

**IT IS FURTHER ORDERED** that Defendants' Rule 12(b)(5) and 12(b)(6) Motion To Dismiss (Dkt. 5) is hereby **GRANTED** and Plaintiff's Complaint is **DISMISSED.**

**IT IS FURTHER ORDERED** that all other motions are hereby **DENIED AS MOOT.**

The clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 26th day of May, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE